United States District Court
Northern District of California

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   KRISTIN ETHRIDGE,                          Case No.  16-CV-06360-YGR

               Plaintiff,

12                                              **ORDER RE CASE MANAGEMENT
                                                CONFERENCE STATEMENT**
         v.
13                                              **Re: Dkt. No. 11**

14   EXPERIAN INFORMATION SOLUTIONS,
     INC., et al.,

15             Defendants.

16

17        On November 1, 2016, plaintiff Kristin Ethridge filed a complaint against defendants

18   asserting that defendants violated the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §

19   1681s-2(b) and California's Consumer Credit Reporting Agencies Act ("CCRAA"), Cal. Civ.

20   Code § 1785.25(a). (Dkt. No. 1.) A Case Management Conference has been scheduled for

21   December 12, 2016, at 2:01 p.m., with a Case Management Statement due on December 5, 2016.

22   (Dkt. No. 11.)

23        In addition to the requirements listed in the Northern District of California standing order,

24   the Case Management Statement shall address the issues raised in Judge Koh's recent Orders

25   regarding the applicability of the FRCA and CCRAA in certain bankruptcy contexts.[1] Specifically,

26

27        [1] *Blakeney v. Experian Info. Sols., Inc.*, No. 15-CV-05544-LHK, 2016 WL 4270244, at *5
     (N.D. Cal. Aug. 15, 2016); *see also Blakeney v. Experian Info. Sols., Inc.*, No. 15-CV-05544-
28   LHK, 2016 WL 1535085, at *5 (N.D. Cal. Apr. 15, 2016).

United States District Court
Northern District of California

1   parties shall address whether the FCRA and CCRAA are applicable to claims of misleading or

2   inaccurate reporting of delinquent debts, when the plaintiff's bankruptcy plan has been confirmed, but

3   those debts have *not* yet been discharged.

4       **IT IS SO ORDERED.**

5   Dated: November 23, 2016

6   _____

7       **YVONNE GONZALEZ ROGERS**
        **UNITED STATES DISTRICT COURT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28