UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIN ETHRIDGE**,<br>　　　　Plaintiff,<br>　　v.<br>**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**,<br>　　　　Defendants. | Case No.  16-cv-06360-YGR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**RE: DKT. NO. 20, 24, 51** |

　　　　In light of Plaintiff's Statement (Dkt. No. 52) in Response to March 21, 2017 Order (Dkt. No. 51), this action is **DISMISSED WITH PREJUDICE**.

　　　　**IT IS SO ORDERED.**

Dated: March 29, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**